Exhibit G

Attorney(s)   The Chartwell Law Offices, LLP
Index #   **503623/2021**
Purchased/Filed:
State of New York
Court:   Supreme
County:   Kings

P4299749

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

PS Funding, Inc

Plaintiff(s)

against

1567 56 NY LLC, et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: | 55 yrs |
|---|---|---|---|

COUNTY OF ALBANY )SS
CITY OF ALBANY )

Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White

Hair color: Brown   Other: _____

Robert Guyette , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on February 24, 2021 , at 12:40PM , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons and Verified Complaint with Notice of Electronic Filing Notice of Pendency**

on

### 1567 56 NY LLC

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

24th day of February 2021

FAITH POZZY
NOTARY PUBLIC State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2105440
Attorney File # **4299749**



P4299897

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                    PLAINTIFF

                            - vs -

1567 56 NY LLC, ETAL

                                                    DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** Upon _____ **S/H/A JANE DOE #2 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **HAT**
AGE: **30-40**  HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:
**GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being **upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

**2a**



Form 62 - AFFIDAVIT OF SERVICE

P4299871

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                    PLAINTIFF

                          - vs -

1567 56 NY LLC, ETAL

                                                    DEFENDANT

Index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:24AM** at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #1 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

**ASSMET ABDERRAHMAN #1115274**
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being **upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

**SHAWN D. FORBES** DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

**2a**



Form 62 - AFFIDAVIT OF SERVICE

P4299814

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                    PLAINTIFF

                        - vs -

1567 56 NY LLC, ETAL

                                                    DEFENDANT

index No. 503623/2021
Date Filed
Office No. **10377.0078502**
Court Date.

    STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #2 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10** WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

    Sworn to before me this
03RD day of MARCH, 2021



SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

    Sworn to before me this
03RD day of MARCH, 2021



SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

**2a**



Form 62 - AFFIDAVIT OF SERVICE

P4299806

**THE CHARTWELL LAW OFFICES, LLP**    Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

| | |
|---|---|
| PS FUNDING, INC. | index No. **503623/2021** |
| | Date Filed |
| PLAINTIFF | Office No. **10377.0078502** |
| - vs - | Court Date. |
| 1567 56 NY LLC, ETAL | |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #1 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

**2a**

NJSUBCOURT - SUITABLE AT BUSINESS



P4331195

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

PLAINTIFF

– vs –

1567 56 NY LLC, ETAL

DEFENDANT

STATE OF NEW JERSEY, COUNTY OF UNION      :SS:

**DOUGLAS HECKER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **03RD** day of **MARCH, 2021 6:35 PM** at

**2370 FOREST CIRCLE**
**TOMS RIVER NJ 08755**

I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** upon **ARTHUR SPITZER**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ETTY SPITZER, WIFE**
a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**

APP.AGE: **30** APP. HT: **5'3** APP. WT: **120**

OTHER IDENTIFYING FEATURES

On **03/09/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
12th day of Mar ,2021

*Al-Nisa Johnson-Muhammad*

DOUGLAS HECKER
PM Legal, LLC
2333 RT 22 W.
Union, NJ 07083
NEW YORK, NY 10038
Client File Number: 10377.0078502
THE CHARTWELL LAW OFFICES, LLP

AL-NISA K. JOHNSON MUHAMMAD
NOTARY PUBLIC OF NEW JERSEY
Commission # 2456999
My Commission Expires 9/27/2022

The Chartwell, Jew Offices



P4299731

|  |  |
|---|---|
| PS FUNDING, INC.<br>PLAINTIFF<br>– vs –<br>1567 56 NY LLC, ETAL<br>DEFENDANT | SUPREME COURT KINGS COUNTY<br>STATE OF NEW YORK<br>Docket No. 503623/2021 |

**Person to be Served**
1567 56 NY LLC
54 STEVENS AVENUE
JERSEY CITY, NJ 07305

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: <u>02/20/2021</u> Time: <u>10:03AM</u> Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>Miguel S</u>

<u>AUTHORIZED TO ACCEPT</u>

**Description of Person Accepting Service:**

SEX: **MALE**   COLOR: **HISPANIC**   HAIR: **BLACK**   APP.AGE: **40-50**   APP. HT: **5'9**   APP. WT: **185**
OTHER:

**Comments Or Remarks:**

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
23 day of Feb ,2021

_____
Signature of Process Server          Date

*Kendra Wolsky*

Client File Number: 10377.0078502
PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

KENDRA M. WOLSKY
NOTARY PUBLIC OF NEW JERSEY
Commission # 2453882
My Commission Expires 11/5/2025

Chartwell Law Office

Form 62 - AFFIDAVIT OF SERVICE



P4299806

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                     PLAINTIFF

          - vs -

1567 56 NY LLC, ETAL

                     DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**  :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #1 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**  COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

**2a**



P4299814

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                        PLAINTIFF

                          - vs -

1567 56 NY LLC, ETAL

                                                        DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #2 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being **upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

**2a**



Form 62 - AFFIDAVIT OF SERVICE

P4299871

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

| | |
|---|---|
| PS FUNDING, INC. | index No. **503623/2021** |
| | Date Filed |
| PLAINTIFF | Office No. **10377.0078502** |
| – vs – | Court Date. |
| 1567 56 NY LLC, ETAL | |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #1 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

**2a**



P4299897

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                PLAINTIFF

              - vs -

1567 56 NY LLC, ETAL

                              DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #2 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE**HAIR: **HAT**
AGE: **30-40** HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:
**GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

**2a**



Form 27 - AFFIDAVIT OF SERVICE

P4299798

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

PLAINTIFF

- vs -

1567 56 NY LLC, ETAL

DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **FEBRUARY, 2021 11:37AM** at
   **66 JOHN STREET**
   **NEW YORK NY 10038**
I served a true copy of the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** upon **NEW YORK CITY - DEPARTMENT OF FINANCE** the **DEFENDANT** therein named by delivering to, and leaving personally with **CHRIS RIVERA, AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**       COLOR: **TAN**  HAIR: **BLACK**
APP.AGE: **35-40** APP. HT: **6'** APP. WT: **235**

OTHER IDENTIFYING FEATURES

Sworn to before me this
23RD day of FEBRUARY, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS 2082297A
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299798

2a

Form 27 - AFFIDAVIT OF SERVICE



P4299798

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                    PLAINTIFF

                        - vs -

1567 56 NY LLC, ETAL

                                                    DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **FEBRUARY, 2021** **11:37AM** at
    **66 JOHN STREET**
    **NEW YORK NY 10038**
I served a true copy of the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** upon **NEW YORK CITY - DEPARTMENT OF FINANCE** the **DEFENDANT** therein named by delivering to, and leaving personally with **CHRIS RIVERA, AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**        COLOR: **TAN** HAIR: **BLACK**
APP.AGE: **35-40** APP. HT: **6'** APP. WT: **235**

OTHER IDENTIFYING FEATURES

Sworn to before me this
23RD day of FEBRUARY, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS 2082979
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299798

2a

NJSUBCOURT - SUITABLE AT BUSINESS

P4331195

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

PLAINTIFF

− vs −

1567 56 NY LLC, ETAL

DEFENDANT

STATE OF NEW JERSEY, COUNTY OF UNION       :SS:

**DOUGLAS HECKER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **03RD** day of **MARCH, 2021 6:35 PM** at

**2370 FOREST CIRCLE
TOMS RIVER NJ 08755**

I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** upon **ARTHUR SPITZER**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ETTY SPITZER, WIFE**
a person of suitable age and discretion.
        Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**

APP.AGE: **30** APP. HT: **5'3** APP. WT: **120**

OTHER IDENTIFYING FEATURES

On **03/09/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
12th day of Mar ,2021

*Douglas Hecker*

DOUGLAS HECKER
PM Legal, LLC
2333 RT 22 W.
Union, NJ 07083
NEW YORK, NY 10038
Client File Number: 10377.0078502
THE CHARTWELL LAW OFFICES, LLP

*Al-Nisa Johnson-Muhammad*

AL-NISA K. JOHNSON MUHAMMAD
NOTARY PUBLIC OF NEW JERSEY
Commission # 2436999
My Commission Expires 9/27/2022



P4299897

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                    PLAINTIFF

                              - vs -

1567 56 NY LLC, ETAL

                                                    DEFENDANT

Index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #2 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE**HAIR: **HAT**
AGE: **30-40** HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

**GLASSES**

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED**. That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s)**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

**2a**



P4299897

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                      PLAINTIFF

                 - vs -

1567 56 NY LLC, ETAL

                                   DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #2 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE**HAIR: **HAT**
AGE: **30-40** HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

**GLASSES**

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

   Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

   Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299897

**2a**



P4299871

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                        PLAINTIFF

                            - vs -

1567 56 NY LLC, ETAL

                                                        DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #1 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**   HEIGHT: 5'10WEIGHT: 175
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

**2a**



Form 62 - AFFIDAVIT OF SERVICE

P4299871

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                        PLAINTIFF

                    - vs -

1567 56 NY LLC, ETAL

                                        DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #1 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

 Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

 Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299871

**2a**



Form 62 - AFFIDAVIT OF SERVICE

P4299814

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.
                                                    PLAINTIFF

                           - vs -

1567 56 NY LLC, ETAL
                                                    DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**       :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #2 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**  HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

**2a**



P4299814

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                    PLAINTIFF

                        - vs -

1567 56 NY LLC, ETAL

                                                    DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**       :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #2 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**   HEIGHT: 5'10WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED**. That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s)**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299814

**2a**



P4299806

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

index No. **503623/2021**
Date Filed
PLAINTIFF       Office No. **10377.0078502**
        – vs –       Court Date.

1567 56 NY LLC, ETAL

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**       :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #1 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **MALE**     COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**   HEIGHT: 5'10WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

   Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

   Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

**2a**



Form 62 - AFFIDAVIT OF SERVICE

P4299806

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

| | |
|---|---|
| PS FUNDING, INC. | index No. **503623/2021** |
| | Date Filed |
| PLAINTIFF | Office No. **10377.0078502** |
| – vs – | Court Date. |
| 1567 56 NY LLC, ETAL | |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**          :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #1 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE** HAIR: **BROWN**
AGE: **45-55**   HEIGHT: **5'10** WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**BEARD, GLASSES**
That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service of the State of New York or the United States or is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299806

**2a**

Attorney(s)    The Chartwell Law Offices, LLP
Index #        **503623/2021**
Purchased/Filed:
State of New York
Court:         Supreme
County:        Kings

P4299749

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

PS Funding, Inc

Plaintiff(s)

against

1567 56 NY LLC, et al

Defendant(s)

STATE OF NEW YORK )          **DESCRIPTION OF PERSON SERVED:**          Approx. Age: __55 yrs__
COUNTY OF ALBANY  )SS
CITY OF ALBANY    )          Weight: __120 lbs__  Height: __5' 1"__  Sex: __Female__  Color of skin: __White__

                            Hair color: __Brown__  Other: _____

_____Robert Guyette_____, being duly sworn, deposes and says: deponent is over
the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on
___February 24, 2021___ , at __12:40PM__ , at the office of the Secretary of State of the State of NY,
located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
        **Summons and Verified Complaint with Notice of Electronic Filing Notice of Pendency**

on
                            **1567 56 NY LLC**
                                                                                            ,
__the Defendant in this action, by delivering to and leaving with__          Nancy Dougherty
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the
Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of
making such service, deponent paid said Secretary of State a fee of          $40       dollars; That said service
was made pursuant to Section   LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

__24th__ day of        __February 2021__

FAITH COZZY
NOTARY PUBLIC, State of New York          _____
No. 01CO6158874, Albany County                    Robert Guyette
Commission Expires Jan 8, 2023           **Invoice·Work Order #** 2105440
                                         Attorney File #  **4299749**

Form 27 – AFFIDAVIT OF SERVICE

P4299798

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                 – vs –

1567 56 NY LLC, ETAL

PLAINTIFF

DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **FEBRUARY, 2021 11:37AM** at
     **66 JOHN STREET**
     **NEW YORK NY 10038**
I served a true copy of the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** upon **NEW YORK CITY – DEPARTMENT OF FINANCE** the **DEFENDANT** therein named by delivering to, and leaving personally with **CHRIS RIVERA, AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**       COLOR: **TAN** HAIR: **BLACK**
APP.AGE: **35-40** APP. HT: **6'** APP. WT: **235**
OTHER IDENTIFYING FEATURES

Sworn to before me this
23RD day of FEBRUARY, 2021

SELENA INES ADAMER
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS/2082979
PM Legal, LLC
75 MAIDEN LANE, 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299798

**2a**



P4299798

Form 27 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.
　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　　　　　- vs -

1567 56 NY LLC, ETAL
　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

index No. **503623/2021**
Date Filed
Office No. **10377.0078502**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**　　　:SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **FEBRUARY, 2021 11:37AM** at

　　　**66 JOHN STREET**
　　　**NEW YORK NY 10038**
I served a true copy of the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** upon **NEW YORK CITY - DEPARTMENT OF FINANCE** the **DEFENDANT** therein named by delivering to, and leaving personally with **CHRIS RIVERA, AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**　　　COLOR: **TAN** HAIR: **BLACK**
APP.AGE: **35-40** APP. HT: **6'** APP. WT: **235**
OTHER IDENTIFYING FEATURES

Sworn to before me this
23RD day of FEBRUARY, 2021

SELENA INES ADAMS
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS 2082970
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4299798

**2a**

```
P4299731
```

PS FUNDING, INC.
PLAINTIFF
— vs —
1567 56 NY LLC, ETAL
DEFENDANT

SUPREME COURT KINGS COUNTY
STATE OF NEW YORK
Docket No. 503623/2021

**Person to be Served**
1567 56 NY LLC
54 STEVENS AVENUE
JERSEY CITY, NJ 07305

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT
**Service Data**:
Served Successfully **X** Not Served _____ Date: <u>02/20/2021</u> Time: <u>10:03AM</u> Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

<u>Miguel S</u>

<u>AUTHORIZED TO ACCEPT</u>

**Description of Person Accepting Service:**

SEX: **MALE**    COLOR: **HISPANIC**    HAIR: **BLACK**    APP.AGE: **40-50**    APP. HT: **5'9**    APP. WT: **185**
OTHER:

**Comments Or Remarks:**

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation, I declare under penalty of perjury that the foregoing is true and correct.

Sworn to before me this
23 day of Feb ,2021

_Kendra Wolsky_

_____
Signature of Process Server          Date

Client File Number: 10377.0078502
PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

**KENDRA M. WOLSKY**
NOTARY PUBLIC OF NEW JERSEY
Commission # 2453882
My Commission Expires 11/5/2025