# Exhibit N

COUNTY OF KINGS — SUPREME COURT OF THE STATE OF NEW YORK

PS FUNDING, INC

Plaintiff(s)  INDEX# 503623/2021
Date filed 7/20/2023

against

1567 56 NY LLC

Defendant(s)

STATE OF NEW YORK  COUNTY OF ALBANY  766.0078502
6859168

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**PAUL J. SANTSPREE SR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business at in the County of Albany, State of New York. That on **7/27/2023** at **1:37 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

**NOTICE OF ELECTRONIC FILING, AMENDED NOTICE OF PENDENCY, SUPPLEMENTAL SUMMONS, AMENDED VERIFIED COMPLAINT**

on **1567 56 NY LLC, Defendant** in this action and on this date, the address of record with the secretary of state is:

1567 56TH STREET BROOKLYN NY 11219

By delivering to and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**  Description of the Recipient is as follows:

A Female with White skin, Brown hair, who is approximately 54 years of age and has an approximate height of 5' 1" and approximate weight of 120 pounds.

Other identifying features are as follows: Glasses.

_____
PAUL J. SANTSPREE SR. - 7/27/2023
Process Server

State of New York
County of Albany

Sworn to before me on This 27 day of July 2023

_____
Notary Public - Emily M. Corbett

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2025

Emily M. Corbett
Notary Public, State of New York
No. 01CO6299470
Qualified in Albany County
Commission Expires March 24, 2026

PROVEST LLC - 320 CARLETON AVE STE#2600 - CENTRAL ISLIP, NY 11722 - (631)666-6168



**PROVEST LLC**
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

**CHARTWELL LAW**
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

**SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS**

INDEX # 503623/2021

PS FUNDING, INC,

        Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

1567 56 NY LLC, ET AL

        Defendants,

I, JOHN AURIEMMA, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of New Jersey and I am authorized by the laws of the state.

On 7/31/2023 at 8:44 PM at 2370 FOREST CIRCLE TOMS RIVER, NEW JERSEY 08755, I served the within NOTICE OF ELECTRONIC FILING, AMENDED NOTICE OF PENDENCY; SUPPLEMENTAL SUMMONS; AMENDED VERIFIED COMPLAINT, bearing index #503623/2021, filed 7/20/2023 on ARTHUR SPITZER, defendant therein named,

**(X) SUBSTITUTED SERVICE**: By delivering thereat a copy of each to, ETTY SPITZER, SPOUSE, a person of suitable age and discretion. I also asked this person whether said premises was the defendant's dwelling place/usual place of abode and the reply was affirmative. I then asked this person whether he or she resided at said premises with the defendant and the reply was also affirmative.

**Description of Person Served:**
**AGE:** 46-50  **SKIN TONE:** WHITE  **GENDER:** FEMALE  **WEIGHT:** 131 LBS - 150 LBS  **HEIGHT:** 5FT 4IN - 5FT 7IN  **HAIR:** HAIR WAS COVERED

**COMMENTS:** SUB SERVED ARTHUR SPITZER VIA WIFE, ETTY SPITZER.

**MILITARY SERVICE**  [X]  I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NEW JERSEY in any capacity whatsoever and received a **NEGATIVE** reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of NEW JERSEY or of the United States as that term is defined in either the State or Federal statutes.

                                                                                 Server Signature

STATE OF NEW JERSEY
COUNTY OF Burlington
Sworn to and subscribed before me this 2 day of August, 2023 by JOHN AURIEMMA (affiant name).

FILE # 766.0078502
CASE ID # 6859168

Signature of Notary Public

Print, Type or Stamp Notary's Commissioned Name
Personally known ✓  OR  Produced Identification _____
Type of Identification Produced _____

Dawn Rodriguez
Notary Public
New Jersey
My commission expires 7-22-2028
No. 2436529

AoSNYD 02/22

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

CHARTWELL LAW
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

INDEX # 503623/2021

PS FUNDING, INC,

                                                Plaintiff,
              Against

**AFFIDAVIT OF MAILING**

1567 56 NY LLC, ET AL

                                            Defendants,

MARTY LAPIDUS, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in SUFFOLK COUNTY, NEW YORK.

On 8/11/23, deponent mailed the within NOTICE OF ELECTRONIC FILING, AMENDED NOTICE OF PENDENCY, SUPPLEMENTAL SUMMONS, AMENDED VERIFIED COMPLAINT to ARTHUR SPITZER

by enclosing a copy of the same, in a prepaid sealed, first class wrapped marked personal and confidential, properly addressed to defendant and mailed to defendant at 2370 FOREST CIRCLE TOMS RIVER, NEW JERSEY 08755, by depositing said wrapper in a post office of the United States Postal Service within New York State.

*[signature]*
MARTY LAPIDUS
PROVEST, LLC
320 CARLETON AVE, SUITE 2600
CENTRAL ISLIP, NY 11722
FILE # 766.0078502
CASE ID # 6859168

STATE OF NEW YORK
COUNTY OF SUFFOLK

Sworn to and subscribed before me this ____ day of __AUG 1 2 2023__, 20___, by MARTY LAPIDUS (affiant name).

_____
Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known _____ OR Produced Identification _____
Type of Identification Produced _____

A. Davine Bernard
NOTARY PUBLIC, State of New York
No. 01BE6385647
Qualified in Nassau County
Commission Expires January 7, 2027

MT_NYAoM_InHouse



# PROVEST, LLC

## Skip Results

Attorney Firm: CHARTWELL LAW

Our File No.: 6859168
Attorney File No.: 766.0078502
Client Loan No.: N/A

Total Cost: N/A

Subject:
**ARTHUR SPITZER**

Date: 8/18/2023

DOB: XX/XX/XXXX

DOB: XX/XX/XXXX

### Last Known:
*** SUBJECT'S ADDRESS HISTORY (*INDICATES RECORDS WITH THE MOST CURRENT DATE)
2370 Forest Cir
Toms River, NJ 08755 ( - )
123 Avenue I
Brooklyn,, NY 11230 ( - )

### Comment:
Confirmed Via Investigative Report and Credit Header: 2370 FOREST CIR TOMS RIVER, NJ 08755-0979 (08/2018 - 08/2023)

Current Via Investigative Report and Credit Header: 123 AVENUE I BROOKLYN, NY 11230-2601 (06/2011 - 05/2023)

Obituary searches were completed using, Arthur Spitzer, New York, 1986. No records returned matching this search criteria.

Google searches were completed using Arthur Spitzer, New York. Multiple records returned which either matched or partially matched the defendant's name. We were unable to verify whether or not these records belong to the defendant, as they do not contain identifying information.

Facebook searches were completed using Arthur Spitzer, New York. No records returned matching this search criteria.

LinkedIn searches were completed using Arthur Spitzer, New York. One record returned which either matched or partially matched the defendant's name. We were unable to verify whether or not this record belongs to the defendant, as it does not contain identifying information.

True People search was completed using Arthur Spitzer, New York. No additional information was located.

(732) 905-0241 - called possible defendant number, someone answered and hung up without responding.
(718) 387-6481 - called possible defendant number, generic voicemail, left message.
(718) 437-1398 - called possible defendant number, recording, number not in service.
718-930-7924 - called possible defendant number, generic voicemail, mailbox full, unable to leave message.
718-327-0465 - called possible defendant number, recording, number not in service.

### Department of Motor Vehicle Records:
No active records were found searching with the located SSN of the defendant.

### State Driver's License Report:
No records were found searching with the located SSN of the defendant.

### Professional Licenses (Pilot, Real Estate, etc) (Historical Data Only Available):

No records were found searching with the located SSN of the defendant.

### People At Work:

An employment search was completed using the defendant's name and social security number: Unable to verify employment due to no phone number located. An employment search was completed by searching Google, Facebook and LinkedIn: No employment found.

### Voters Registration (Historical Data Only Available):

ARTHUR SPITZER Last Vote Date: 11/8/2016 1070 E 5TH ST, BROOKLYN NY 11230-3325, KINGS COUNTY

### National Postal Address Search:

2370 FOREST CIR TOMS RIVER, NJ 08755
123 AVENUE I BROOKLYN, NY 11230

### National Death Locator through 8/18/2023:

SSDI reports no death record on file.

### Bankruptcies:

Department of Defense Manpower Data Center  Results as of : Aug-18-2023 10:29:06 AM

SCRA 5.17



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-7459 |
| Birth Date: | |
| Last Name: | SPITZER |
| First Name: | ARTHUR |
| Middle Name: | |
| Status As Of: | Aug-18-2023 |
| Certificate ID: | N8GSGPGQ8V4KM0H |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Acting Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.



**PROVEST LLC**
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

**CHARTWELL LAW**
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

**SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS**

INDEX # 503623/2021

PS FUNDING, INC,

　　　　　　　　　　　　　　　Plaintiff,

Against

1567 56 NY LLC, ET AL

　　　　　　　　　　　　　　　Defendants,

**AFFIDAVIT OF SERVICE**

I, JOSEPH DONOVAN, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of New York.

On 8/1/2023 at 10:26 AM at 100 Church Street 4th Floor New York, NEW YORK 10007, I served the within NOTICE OF ELECTRONIC FILING; AMENDED NOTICE OF PENDENCY; SUPPLEMENTAL SUMMONS; AMENDED VERIFIED COMPLAINT bearing index # 503623/2021, filed 7/20/2023 on NEW YORK CITY -- DEPARTMENT OF FINANCE, defendant therein named.

(X) CORPORATE SERVICE: A corporation, by personally delivering thereat a true copy of each to SARAH JEAN-CHARLES, CLERK. I knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**
The following is a description of the individual I served to the best of my ability at the time and circumstances of service:
AGE: 30   SKIN TONE: BLACK   GENDER: FEMALE   WEIGHT: 100-130 LBS   HEIGHT: 5FT4IN-5FT7IN
HAIR: BLACK

Server Signature
LICENSE # 1292936
FILE # 766.0078502
CASE ID # 6859168

STATE OF NEW YORK
COUNTY OF Richmond

Sworn to and subscribed before me this 3 day of August, 2023 by JOSEPH DONOVAN (affiant name).

Signature of Notary Public

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

Print, Type or Stamp Notary's Commissioned Name
Personally known  X    OR    Produced Identification _____
Type of Identification Produced _____

AoSNYC 01/22



**PROVEST LLC**
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

**CHARTWELL LAW**
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

INDEX # 503623/2021

PS FUNDING, INC,

Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

1567 56 NY LLC, ET AL

Defendants,

I, SOHAYEB JABIR, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of New York.

On 8/4/2023 at 2:36 PM at 1567 56TH ST BASEMENT APT BROOKLYN, NEW YORK 11219, I served the within which contains the additional notice requirements in accordance with RPAPL §1320, NOTICE OF ELECTRONIC FILING; AMENDED NOTICE OF PENDENCY; SUPPLEMENTAL SUMMONS; AMENDED VERIFIED COMPLAINT, along with a copy of the Homeowner's Foreclosure Notice as required by RPAPL §1303, which notice was printed on a colored piece of paper, which color differed from that of the color of the , NOTICE OF ELECTRONIC FILING; AMENDED NOTICE OF PENDENCY; SUPPLEMENTAL SUMMONS; AMENDED VERIFIED COMPLAINT and the notice was in bold, fourteen-point type, with the title of the notice in bold, twenty-point type, bearing index #503623/2021, filed 7/20/2023 on SHLOMO BRAUN, defendant therein named,

**(X) CONSPICUOUS SERVICE DELIVERY:** By affixing a true copy of each to the door of said premises, which is defendant's dwelling place/usual place of abode within the state. I was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having attempted personal delivery on: 07/28/2023 3:59:00 PM: I SPOKE WITH ARIE MARMELSHTEIN, WHO CONFIRMED RESIDENCY. STATES SUBJECT NOT HOME AND THAT HE RESIDES IN BASEMENT UNIT. I WAS UNABLE TO KNOCK ON BASEMENT DOOR, AS BASEMENT DOOR IS LOCATED INSIDE THE HOUSE. 07/29/2023 AT 08:07 AM: NO ANSWER AT THE DOOR.
08/03/2023 AT 07:36 PM: NO ANSWER AT THE DOOR.
08/04/2023 AT 02:36 PM: NO ANSWER AT THE DOOR AND POSTED.

MILITARY SERVICE    I was unable to confirm whether the defendant was in active military service of the United States or of the State of NEW YORK in any capacity.

[X]

_____
Server Signature
LICENSE # 2101695-DCA
FILE # 766.0078502
CASE ID # 6859168

STATE OF NEW YORK
COUNTY OF _Kings_

Sworn to and subscribed before me this _17_ day of _Aug_, 20_23_, by, SOHAYEB JABIR (affiant name).

_____
Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known _✓_  OR  Produced Identification _____
Type of Identification Produced _____

KEVIN MCCARTHY
NOTARY PUBLIC, State of New York
No. 01MC6163828
Qualified in Nassau County
Commission Expires 06/06/2027

AoSNYH 02/22

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

CHARTWELL LAW
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

INDEX # 503623/2021

PS FUNDING, INC,

            Plaintiff,
    Against

1567 56 NY LLC, ET AL

            Defendants,

**AFFIDAVIT OF MAILING**

MARTY LAPIDUS, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in SUFFOLK COUNTY, NEW YORK.

On 08/11/2023, deponent mailed the within NOTICE OF ELECTRONIC FILING, AMENDED NOTICE OF PENDENCY, SUPPLEMENTAL SUMMONS, AMENDED VERIFIED COMPLAINT to SHLOMO BRAUN

by enclosing a copy of the same, in a prepaid sealed, first class wrapped marked personal and confidential, properly addressed to defendant and mailed to defendant at 1567 56TH ST BASEMENT APT BROOKLYN, NEW YORK 11219, by depositing said wrapper in a post office of the United States Postal Service within New York State.

*[signature]*
MARTY LAPIDUS
PROVEST, LLC
320 CARLETON AVE, SUITE 2600
CENTRAL ISLIP, NY 11722
FILE # 766.0078502
CASE ID # 6859168

STATE OF NEW YORK
COUNTY OF SUFFOLK

AUG 1 2 2023

Sworn to and subscribed before me this ____ day of _____, 20___, by MARTY LAPIDUS (affiant name).

_____
Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known _____ OR Produced Identification _____
Type of Identification Produced _____

A. Davine Bernard
NOTARY PUBLIC, State of New York
No. 01BE6385647
Qualified in Nassau County
Commission Expires January 7, 2027

MT_NYAoM_InHouse



# PROVEST, LLC

## Skip Results

Attorney Firm: CHARTWELL LAW

Our File No.: 6859168
Attorney File No.: 766.0078502
Client Loan No.: N/A

Total Cost: N/A

Subject:
**SHLOMO BRAUN**

Date: 8/10/2023

DOB: XX/XX/XXXX

DOB: XX/XX/XXXX

### Last Known:
*** SUBJECT'S ADDRESS HISTORY (*INDICATES RECORDS WITH THE MOST CURRENT DATE)
1567 56Th St
Brooklyn, NY 11219 ( - )

### Comment:
SHLOMO BRAUN
XX/XX/XXXX

1569 56TH ST, BROOKLYN,NY 11219, KINGSCOUNTY (10/1976 - 5/2023) - Current per investigative report and DMV

No bankruptcy was found

Called numbers listed to defendant
718-854-6460 - female who answered stated I have the wrong number
718-851-4596 - generic voicemail greeting, left message
718-677-6061 - not in service

FACEBOOK: No profile was found searching SHLOMO BRAUN, BROOKLYN NY

LINKEDIN: No verifiable profile was found searching SHLOMO BRAUN, BROOKLYN NY

### Department of Motor Vehicle Records:
A search for Motor Vehicle Records was completed using the defendant's name and social security number: No current records found

### State Driver's License Report:
1567 56Th St Brooklyn NY 11219

### Professional Licenses (Pilot, Real Estate, etc) (Historical Data Only Available):
A search for Professional Licenses was completed using the defendant's name and social security number: No records found

### People At Work:
No current place of employment was found

BROOKLYN REHABILITATION FOUNDATION - 307-772-7736 - Female who answered stated Shlomo is unknown

### Voters Registration (Historical Data Only Available):
A search for voters registration records was completed using the defendant's name and social security number: No current records found

**National Postal Address Search:**

                                1567 56TH ST  BROOKLYN NY 11219

**National Death Locator through 8/10/2023:**

SSDI reports no death record on file.

**Bankruptcies:**

Department of Defense Manpower Data Center  Results as of : Aug-10-2023 01:47:12 PM

SCRA 5.17



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2908 |
| Birth Date: | |
| Last Name: | BRAUN |
| First Name: | SHLOMO |
| Middle Name: | |
| Status As Of: | Aug-10-2023 |
| Certificate ID: | CPX4H5LYWQ68TWR |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Acting Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

CHARTWELL LAW
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

INDEX # 503623/2021

PS FUNDING, INC,

                             Plaintiff,

            Against

1567 56 NY LLC, ET AL

                            Defendants,

AFFIDAVIT OF SERVICE

I, SOHAYEB JABIR, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of New York.

On 7/28/2023 at 3:59 PM at 1567 56TH ST BROOKLYN, NEW YORK 11219, I served the within NOTICE OF ELECTRONIC FILING, AMENDED NOTICE OF PENDENCY; SUPPLEMENTAL SUMMONS; AMENDED VERIFIED COMPLAINT, bearing index #503623/2021, filed 7/20/2023 on ARIE MARMELSHTEIN AS JOHN DOE #1, defendant therein named,

(X) **PERSONAL DELIVERY SERVICE**: By delivering thereat a true copy of each to said defendant personally. I knew said person so served to be the person described as said defendant therein because (S)He identified (her) himself to me as such.
**Description of Person Served**:
**AGE:** 65 **SKIN TONE:** WHITE **GENDER:** MALE **WEIGHT:** 171-200 LBS **HEIGHT:** OVER 6FT **HAIR:** GRAY
**COMMENTS:** GLASSES.

MILITARY SERVICE [X] I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NEW YORK in any capacity whatsoever and received a **NEGATIVE** reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of NEW YORK or of the United States as that term is defined in either the State or Federal statutes.

Server Signature
LICENSE # 2101695-DCA
FILE # 766.0078502
CASE ID # 6859168

STATE OF NEW YORK
COUNTY OF Kings
Sworn to and subscribed before me this 3 day of Aug, 2023, by SOHAYEB JABIR (affiant name).

Signature of Notary Public

Print, Type or Stamp Notary's Commissioned Name
Personally known ✓   OR   Produced Identification _____
Type of Identification Produced _____

KEVIN MCCARTHY
NOTARY PUBLIC, State of New York
No. 01MC6163828
Qualified in Nassau County
Commission Expires 06/06/2027

1 of 1

AoSNYD 02/22



**PROVEST LLC**
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

**CHARTWELL LAW**
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

INDEX # 503623/2021

PS FUNDING, INC,

                                  Plaintiff,
             Against

1567 56 NY LLC, ET AL

                                Defendants,

**AFFIDAVIT OF MAILING**

I, MARTY LAPIDUS, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of NEW YORK.

On 8/2/2023, I served the within RPAPL §1303 Tenant Foreclosure Notice, which notice was printed on a colored paper other than that of the Notice of Electronic Filing, Amended Notice of Pendency; SUPPLEMENTAL SUMMONS; AMENDED VERIFIED COMPLAINT pursuant to RPAPL §1303 on ARIE MARMELSHTEIN AS JOHN DOE #1, at 1567 56TH ST BROOKLYN, New York 11219 which building consists of less than five dwelling units by depositing a true copy of same enclosed in a post-paid first class properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of NEW YORK and via certified mail 9589 0710 5270 0101 6196 58 return receipt requested by depositing a truecopy of same enclosed in a post-paid properly addressed wrapper, and delivering same to the United States Postal Service within theState of NEW YORK.

Signature
FILE # 766.0078502
CASE ID # 6859168

STATE OF NEW YORK
COUNTY OF Suffolk

AUG 0 8 2023

Sworn to and subscribed before me this ____ day of _____, 20___, by MARTY LAPIDUS (affiant name).

_____
Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known ____ OR Produced Identification ____
Type of Identification Produced _____

A. Davine Bernard
NOTARY PUBLIC, State of New York
No. 01BE6385647
Qualified in Nassau County
Commission Expires January 17, 2027

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

9589 0710 5270 0101 6196 58

6859168
ARIE MARMELSHTEIN AS JOHN DOE #1
1567 56TH ST
BROOKLYN, NEW YORK 11219

1 of 1

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

CHARTWELL LAW
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK, NY 10004

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF KINGS

INDEX # 503948/2021

PS FUNDING, INC.,

Plaintiff,

Against

AFFIDAVIT OF MAILING

1567 56 NY LLC, ET AL

Defendants,

MARTY LAPIDUS, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in in the State of New York.

On 08/02/2023, deponent served the within RPAPL §1303 Tenant Foreclosure Notice, which notice was printed on a colored paper other than that of the NOTICE OF ELECTRONIC FILING, AMENDED NOTICE OF PENDENCY, SUPPLEMENTAL SUMMONS, AMENDED VERIFIED COMPLAINT on:

ANY AND ALL OCCUPANTS at 1569 56th Street BROOKLYN, NEW YORK 11219, which building consists of less than five dwelling units.

by depositing a true copy of same enclosed in a post-paid first class properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

MARTY LAPIDUS
PROVEST, LLC
320 CARLETON AVE, SUITE 2600
CENTRAL ISLIP, NY 11722
FILE # 766.0078501
CASE ID # 6859261

STATE OF NEW YORK
COUNTY OF SUFFOLK

AUG 03 2023

Sworn to and subscribed before me this ____ day of _____, 20___, by MARTY LAPIDUS (affiant name).

_____
Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known ____ OR Produced Identification _____
Type of Identification Produced _____

A. Davine Bernard
NOTARY PUBLIC, State of New York
No. 01BE6395647
Qualified in Nassau County
Commission Expires January 7, 2027

1 of 1