# Exhibit O

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

PS FUNDING, INC.,

         *Plaintiff,*

-against-

1567 56 NY LLC, ARTHUR SPITZER, NEW YORK CITY – DEPARTMENT OF FINANCE, And JANE/JOHN DOE Nos. 1-12,

         *Defendants.*

Index No: 503623/2021

**Notice of Appeal**

  PLEASE TAKE NOTICE that Non-Party, Rabbi Shlomo Braun, hereby appeals to the Second Department of the Appellate Division of the Supreme Court of the State of New York from an order dated June 9, 2023, by the Supreme Court, Hon. Lawrence Knipel, J.S.C., Kings County, entered July 14, 2023, with notice of entry dated July 20, 2023, and from each and every part thereof.

  Dated: Brooklyn, NY
     August 24, 2023

           Levi Huebner & Associates PC

           By: /s/ Levi Huebner

           488 Empire Boulevard, Suite 100
           Brooklyn, NY 11225
           Tell: (212) 354-5555

           *Attorneys for Non-Party Rabbi Shlomo Braun*

Page 1

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

Informational Statement (Pursuant to 22 NYCRR 1250.3 [a])

| Case Title: Set forth the title of the case as it appears on the summons, notice of petition or order to show cause by which the matter was or is to be commenced, or as amended. | For Court of Original Instance |
|---|---|
| PS FUNDING, INC.,<br><br>- against -<br><br>1567 56 NY LLC, ARTHUR SPITZER, NEW YORK CITY – DEPARTMENT OF FINANCE, And JANE/JOHN DOE Nos. 1-12 | Date Notice of Appeal Filed |
| | For Appellate Division |

| Case Type | | Filing Type | |
|---|---|---|---|
| ■ Civil Action | ☐ CPLR article 78 Proceeding | ☐ Appeal | ☐ Transferred Proceeding |
| ☐ CPLR article 75 Arbitration | ☐ Special Proceeding Other | ☐ Original Proceedings | ☐ CPLR Article 78 |
| | ☐ Habeas Corpus Proceeding | ☐ CPLR Article 78 | ☐ Executive Law § 298 |
| | | ☐ Eminent Domain | ☐ CPLR 5704 Review |
| | | ☐ Labor Law 220 or 220-b | |
| | | ☐ Public Officers Law § 36 | |
| | | ☐ Real Property Tax Law § 1278 | |

**Nature of Suit:** Check up to three of the following categories which best reflect the nature of the case.

| | | | |
|---|---|---|---|
| ☐ Administrative Review | ☐ Business Relationships | ☐ Commercial | ☐ Contracts |
| ☐ Declaratory Judgment | ☐ Domestic Relations | ☐ Election Law | ☐ Estate Matters |
| ☐ Family Court | ■ Mortgage Foreclosure | ☐ Miscellaneous | ☐ Prisoner Discipline & Parole |
| ☐ Real Property (other than foreclosure) | ☐ Statutory | ☐ Taxation | ☐ Torts |

## Appeal

Paper Appealed From (Check one only):

If an appeal has been taken from more than one order or judgment by the filing of this notice of appeal, please indicate the below information for each such order or judgment appealed from on a separate sheet of paper.

- ☐ Amended Decree
- ☐ Amended Judgement
- ☐ Amended Order
- ☐ Decision
- ☐ Decree
- ☐ Determination
- ☐ Finding
- ☐ Interlocutory Decree
- ☐ Interlocutory Judgment
- ☐ Judgment
- ☒ Order
- ☐ Order & Judgment
- ☐ Partial Decree
- ☐ Resettled Decree
- ☐ Resettled Judgment
- ☐ Resettled Order
- ☐ Ruling
- ☐ Other (specify):

| | | | |
|---|---|---|---|
| Court: | Supreme Court | County: | Kings |
| Dated: | 06/09/2023 | Entered: | 7/14/2023 |
| Judge (name in full): | Hon. Lawrence Knipel, J.S.C. | Index No.: | 503623/2021 |
| Stage: | ☒ Interlocutory ☐ Final ☐ Post-Final | Trial: ☐ Yes ☐ No | If Yes: ☐ Jury ☐ Non-Jury |

### Prior Unperfected Appeal and Related Case Information

Are any appeals arising in the same action or proceeding currently pending in the court?    ☐ Yes  ☒ No
If Yes, please set forth the Appellate Division Case Number assigned to each such appeal.

Where appropriate, indicate whether there is any related action or proceeding now in any court of this or any other jurisdiction, and if so, the status of the case:

1567 56th Street, LLC, 1569 56th Street, LLC, and Shlomo Braun v. Arthur Spitzer, Josh Weinfeld, Isidore Bleier, BSD Realty Holdings Inc., 1567 56 NY LLC, Dekel Abstract LLC, Abraham Teitelbaum, Rosa Funding LLC, PS Funding, Inc., and Jehuda Weisz, United States District Court, Eastern District New York 1:22-cv-04873

### Original Proceeding

Commenced by: ☐ Order to Show Cause ☐ Notice of Petition ☐ Writ of Habeas Corpus    Date Filed:

Statute authorizing commencement of proceeding in the Appellate Division:

### Proceeding Transferred Pursuant to CPLR 7804(g)

| | | | |
|---|---|---|---|
| Court: | Surrogates Court | County: | Choose County |
| Judge (name in full): | | Order of Transfer Date: | |

### CPLR 5704 Review of Ex Parte Order:

| | | | |
|---|---|---|---|
| Court: | Surrogates Court | County: | Choose County |
| Judge (name in full): | | Dated: | |

### Description of Appeal, Proceeding or Application and Statement of Issues

Description: If an appeal, briefly describe the paper appealed from. If the appeal is from an order, specify the relief requested and whether the motion was granted or denied. If an original proceeding commenced in this court or transferred pursuant to CPLR 7804(g), briefly describe the object of proceeding. If an application under CPLR 5704, briefly describe the nature of the ex parte order to be reviewed.

Plaintiff seeks to add party after referee report

Issues: Specify the issues proposed to be raised on the appeal, proceeding, or application for CPLR 5704 review, the grounds for reversal, or modification to be advanced and the specific relief sought on appeal.

Supreme Court abused discretion in granting supplemental complaint after referee report

### Party Information

Instructions: Fill in the name of each party to the action or proceeding, one name per line. If this form is to be filed for an appeal, indicate the status of the party in the court of original instance and his, her, or its status in this court, if any. If this form is to be filed for a proceeding commenced in this court, fill in only the party's name and his, her, or its status in this court.

| No. | Party Name | Original Status | Appellate Division Status |
|---|---|---|---|
| 1 | Rabbi Sholmo Braun | None | Appellant |
| 2 | PS FUNDING, INC | Plaintiff | Respondent |
| 3 | 1567 56 NY LLC | Defendant | |
| 4 | ARTHUR SPITZER | Defendant | |
| 5 | NEW YORK CITY – DEPARTMENT OF FINANCE | Defendant | |
| 6 | JANE/JOHN DOE Nos. 1-12 | Defendant | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# Attorney Information

Instructions: Fill in the names of the attorneys or firms for the respective parties. If this form is to be filed with the notice of petition or order to show cause by which a special proceeding is to be commenced in the Appellate Division, only the name of the attorney for the petitioner need be provided. In the event that a litigant represents herself or himself, the box marked "Pro Se" must be checked and the appropriate information for that litigant must be supplied in the spaces provided.

| Field | | | | | | |
|---|---|---|---|---|---|---|
| Attorney/Firm Name: | Levi Huebner & Associates PC | | | | | |
| Address: | 488 Empire Boulevard, Suite 100 | | | | | |
| City: | Brooklyn | State: | NY | Zip: | 11225 | Telephone No: 212.354.5555 |
| E-mail Address: | newyorklawyer@msn.com | | | | | |
| Attorney Type: | ■ Retained | ☐ Assigned | ☐ Government | ☐ Pro Se | ☐ Pro Hac Vice | |
| Party or Parties Represented (set forth party number(s) from table above): | 1 | | | | | |
| Attorney/Firm Name: | CHARTWELL LAW | | | | | |
| Address: | One Battery Park Plaza, Suite 710 | | | | | |
| City: | New York | State: | NY | Zip: | 10004 | Telephone No: (212) 968-2300 |
| E-mail Address: | | | | | | |
| Attorney Type: | ■ Retained | ☐ Assigned | ☐ Government | ☐ Pro Se | ☐ Pro Hac Vice | |
| Party or Parties Represented (set forth party number(s) from table above): | 2 | | | | | |
| Attorney/Firm Name: | | | | | | |
| Address: | | | | | | |
| City: | | State: | | Zip: | | Telephone No: |
| E-mail Address: | | | | | | |
| Attorney Type: | ☐ Retained | ☐ Assigned | ☐ Government | ☐ Pro Se | ☐ Pro Hac Vice | |
| Party or Parties Represented (set forth party number(s) from table above): | | | | | | |
| Attorney/Firm Name: | | | | | | |
| Address: | | | | | | |
| City: | | State: | | Zip: | | Telephone No: |
| E-mail Address: | | | | | | |
| Attorney Type: | ☐ Retained | ☐ Assigned | ☐ Government | ☐ Pro Se | ☐ Pro Hac Vice | |
| Party or Parties Represented (set forth party number(s) from table above): | | | | | | |
| Attorney/Firm Name: | | | | | | |
| Address: | | | | | | |
| City: | | State: | | Zip: | | Telephone No: |
| E-mail Address: | | | | | | |
| Attorney Type: | ☐ Retained | ☐ Assigned | ☐ Government | ☐ Pro Se | ☐ Pro Hac Vice | |
| Party or Parties Represented (set forth party number(s) from table above): | | | | | | |
| Attorney/Firm Name: | | | | | | |
| Address: | | | | | | |
| City: | | State: | | Zip: | | Telephone No: |
| E-mail Address: | | | | | | |
| Attorney Type: | ☐ Retained | ☐ Assigned | ☐ Government | ☐ Pro Se | ☐ Pro Hac Vice | |
| Party or Parties Represented (set forth party number(s) from table above): | | | | | | |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
PS FUNDING, INC.,

                                                    Plaintiff,                  Index No. 503623/2021

        - against -                                          **NOTICE OF ENTRY**

1567 56 NY LLC; ARTHUR SPITZER; NEW YORK
CITY – DEPARTMENT OF FINANCE; and SHLOMO
BRAUN,

                                              Defendants,

------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the within is a true copy of the Granted Order to Amend Complaint and Judgment of Foreclosure and Sale which was granted in this action on June 9, 2023 and entered in the Office of the Clerk of the within named court County of Kings on July 14, 2023.

                                                                  **CHARTWELL LAW**

Dated: July 20, 2023

                                                        By: _/s/ Matthew Burrows_
                                                         Matthew Burrows, Esq.
                                                         *Attorneys for Plaintiff*
                                                         *PS FUNDING, INC.*
                                                         One Battery Park Plaza, Suite 710
                                                         New York, NY 10004-1445
                                                         Telephone: (212) 968-2300
                                                         Facsimile: (212) 968-2400

TO:

Anthony Lamberti, Esq.
Referee
900 So. Ave., Suite 401,
Staten Island, NY 10314

1567 56 NY LLC
54 Stevens Ave.
Jersey City, NJ 07305

1

1567 56 NY LLC
1567 56th Street,
Brooklyn, NY 11219

ARTHUR SPITZER
123 Ave I
Brooklyn, NY 11230

ARTHUR SPITZER
2370 Forest Circle
Toms River, NJ 08755

NEW YORK CITY- DEPARTMENT OF FINANCE
66 John Street
New York, NY 10038

Levy Huebner & Associates, PC
*Attorney for Defendant Shlomo Braun*
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225

At an IAS Part CoMM-6 of the Supreme Court of the State of New York held in and for the County of Kings at the Courthouse thereof, 360 Adams Street, Brooklyn, New York, on the ___9___ day of ___June___, 2023

PRESENT:

HONORABLE ___Knipel___

Justice

---

PS FUNDING, INC.

                                   Plaintiff,

against

1567 56 NY LLC; ARTHUR SPITZER; RIVY "DOE"; ABE "DOE"

                                   Defendant(s).

Index No. 503948/2021

ORDER 503623/2021

---

Upon reading and filing the affirmation of Matthew Burrows, dated September 23, 2022, the exhibits annexed thereto and upon all papers and proceedings had herein and the Notice of Motion dated September 23, 2022, and the matter having regularly come on to be heard by the Court and there being no opposition thereto and after due deliberation thereof, it is now,

*Upon the opposition & reply submitted herewith*

ORDERED, that the caption of this action is amended to be in the form annexed hereto as "Exhibit A" and that all further papers filed in this action bear such caption; and it is further

ORDERED, that plaintiff have leave to serve a supplemental summons and amended complaint upon Shlomo Braun; and it is further

ORDERED, that upon service of the Supplemental Summons and Amended Complaint upon Shlomo Braun said defendant shall have the time prescribed by the CPLR to serve an answer or otherwise move so as to challenge the supplemental summons and amended complaint or any other order entered in this action prior to the date of service of the supplemental summons and amended complaint upon Shlomo Braun; and it is further

~~ORDERED, that should the defendant Shlomo Braun default in answering or in otherwise moving, said defendant shall be bound by all of the terms and conditions set forth in the Summons and Complaint, and Order of Reference, *nunc pro tunc*, as if said defendant were joined as a party to this action at its commencement; and it is further~~

~~ORDERED, that the foreclosure sale to be had pursuant to the Judgment of Foreclosure and Sale entered herein shall sever any rights, title and interest of Shlomo Braun, which are subordinate to plaintiff's mortgage.~~

ENTER:

_____
J.S.C.
HON. LAWRENCE KNIPEL
ADMINISTRATIVE JUDGE

*EXHIBIT A*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

PS FUNDING, INC.

                        Plaintiff,

against

1567 56 NY LLC; ARTHUR SPITZER; RIVY "DOE"; ABE "DOE"; and SHOLOMO BRAUN,

                        Defendants.

Index No. 503948/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X
PS FUNDING, INC.,

                Plaintiff,

- against -

1567 56 NY LLC; ARTHUR SPITZER; NEW
YORK CITY – DEPARTMENT OF FINANCE;
and SHLOMO BRAUN,

                Defendants.
-----------------------------------------------------------------X

Index No. 503623/2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         ) ss.;
COUNTY OF NEW YORK )

_Terika Duke_ being duly sworn, deposes and says:

Your deponent is employed by Chartwell Law, attorneys for the above named plaintiff, and is over the age of 18 years.

That on _July 20_, 2023, Deponent served a true copy of the Granted Order to Amend Complaint on the Defendants or the attorneys for the Defendants, whose names, representation and designated addresses appear below or as shown on the attached by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official postal depository under the care and custody of the United States Postal Service, within the State of New York.

To:

Anthony Lamberti, Esq.
Referee
900 So. Ave., Suite 401,
Staten Island, NY 10314

1567 56 NY LLC
54 Stevens Ave.
Jersey City, NJ 07305

1567 56 NY LLC
1567 56th Street,
Brooklyn, NY 11219

ARTHUR SPITZER
123 Ave I
Brooklyn, NY 11230

ARTHUR SPITZER
2370 Forest Circle
Toms River, NJ 08755

NEW YORK CITY- DEPARTMENT OF FINANCE
66 John Street
New York, NY 10038

Levy Huebner & Associates, PC
*Attorney for Defendant Shlomo Braun*
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225

By: _____T. Dukle_____

Subscribed and sworn before me this
20th day of July, 2023

_____
Notary Public

RACHEL SMITH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SM6413469
Qualified in New York County
Commission Expires January 19, 2025