Exhibit X

Case 1:23-cv-08887-DEH   Document 6-24   Filed 10/26/23   Page 2 of 16

| | |
|---|---|
| Attorney(s) | The Chartwell Law Offices, LLP |
| Index # | **503948/2021** |
| Purchased/Filed: | |
| State of New York | |
| Court: | Supreme |
| County: | Kings |

P4300141

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

PS Funding, Inc

Plaintiff(s)

against

1567 56 NY LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: __55 yrs__

Weight: __120 lbs__   Height: __5' 1"__   Sex: __Female__   Color of skin: __White__

Hair color: __Brown__   Other: _____

__Robert Guyette__ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on __February 24, 2021__ , at __12:40PM__ , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons and Verified Complaint with Notice of Electronic Filing Notice of Pendency**

on

### 1567 56 NY LLC

,

the Defendant in this action, by delivering to and leaving with __Nancy Dougherty__ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40__ dollars; That said service was made pursuant to Section __LIMITED LIABILITY COMPANY LAW §303.__

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

__24th__ day of __February 2021__

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

_____
Robert Guyette

**Invoice·Work Order #** 2105441
**Attorney File #** **4300141**

1 of 1

P4300125

PS FUNDING, INC.
PLAINTIFF
- vs -
1567 56 NY LLC, ETAL
DEFENDANT

SUPREME COURT KINGS COUNTY
STATE OF NEW YORK
Docket No. 503948/2021

**Person to be Served**
1567 56 NY LLC
54 STEVENS AVENUE
JERSEY CITY, NJ 07305

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT
**Service Data:**
Served Successfully **X** Not Served _____ Date: 02/20/2021 Time: 10:03AM Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

Miguel S

AUTHORIZED TO ACCEPT

**Description of Person Accepting Service:**

SEX: **MALE** COLOR: **HISPANIC** HAIR: **BLACK** APP.AGE: **40-50** APP. HT: **5'9** APP. WT: **185-195**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
23 day of Feb ,2021

*[signature]*

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
Signature of Process Server          Date

Client File Number: 10377.0078501

PM Legal
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

KENDRA M. WOLSKY
NOTARY PUBLIC OF NEW JERSEY
Commission # 2453882
My Commission Expires 11/5/2025

1 of 1



P4331203

NJSUBCOURT - SUITABLE AT BUSINESS

**THE CHARTWELL LAW OFFICES, LLP** Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

---

PS FUNDING, INC.

PLAINTIFF

– vs –

1567 56 NY LLC, ETAL

DEFENDANT

index No. **503948/2021**
Date Filed
Office No. **10377.0078501**
Court Date.

---

STATE OF NEW JERSEY, COUNTY OF UNION :SS:

**DOUGLAS HECKER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **03RD** day of **MARCH, 2021 6:35 PM** at
    **2370 FOREST CIRCLE**
    **TOMS RIVER NJ 08755**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
upon **ARTHUR SPITZER**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ETTY SPITZER, WIFE**
a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**

APP.AGE: **30** APP. HT: **5'3** APP. WT: **120**

OTHER IDENTIFYING FEATURES

**MARRIED AND NOT IN MILITARY**

On **03/09/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

_Douglas Hecker_

DOUGLAS HECKER
PM Legal, LLC
2333 RT 22 W.
Union, NJ 07083
NEW YORK, NY 10038
Client File Number: 10377.0078501
THE CHARTWELL LAW OFFICES, LLP

Sworn to before me this
**12th** day of **Mar** ,2021

_Al-Nisa Johnson-Muhammad_

AL-NISA K. JOHNSON MUHAMMAD
NOTARY PUBLIC OF NEW JERSEY
Commission # 2456999
My Commission Expires 9/27/2022

1 of 1



Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**    Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.                                                        index No. **503948/2021**
                                                                       Date Filed
                                                    PLAINTIFF           Office No. **10377.0078501**
                    - vs -                                              Court Date.
1567 56 NY LLC, ETAL
                                                    DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #3 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**   HEIGHT: **5'10**WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York          **ASSMET ABDERRAHMAN #1115274**
No. 01AD6365042                           PM Legal, LLC
Qualified in NEW YORK COUNTY              75 MAIDEN LANE 11TH FLOOR
Commission Expires 09/25/2021             NEW YORK, NY 10038
                                          Reference No: 8-TCHLO-4300422

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York          **SHAWN D. FORBES** DCA LIC # 1002608
No. 01AD6365042                           PM Legal, LLC
Qualified in NEW YORK COUNTY              75 MAIDEN LANE 11TH FLOOR
Commission Expires 09/25/2021             NEW YORK, NY 10038
                                          Reference No: 8-TCHLO-4300422

**2a**

P4300422

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**     Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.                                                    index No. **503948/2021**
                                                                   Date Filed
                                                     PLAINTIFF      Office No. **10377.0078501**
                      - vs -                                        Court Date.
1567 56 NY LLC, ETAL
                                                     DEFENDANT

STATE OF **NEW YORK,** COUNTY OF **NEW YORK**          :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #3 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
AGE: **45-55**   HEIGHT: **5'10** WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES                          ASSMET ABDERRAHMAN #1115274
Notary Public, State of New York            PM Legal, LLC
No. 01AD6365042                             75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY                NEW YORK, NY 10038
Commission Expires 09/25/2021               Reference No: 8-TCHLO-4300422

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES                          SHAWN D. FORBES DCA LIC # 1002608
Notary Public, State of New York            PM Legal, LLC
No. 01AD6365042                             75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY                NEW YORK, NY 10038
Commission Expires 09/25/2021               Reference No: 8-TCHLO-4300422

**2a**



P4300398

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.                                      index No. **503948/2021**
                                                      Date Filed
                                    PLAINTIFF         Office No. **10377.0078501**
                  - vs -                              Court Date.
1567 56 NY LLC, ETAL
                                    DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**       :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #1 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **HAT**
AGE: **30-40** HEIGHT: 5'3 WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES                          ASSMET ABDERRAHMAN #1115274
Notary Public, State of New York            PM Legal, LLC
No. 01AD6365042                             75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY                NEW YORK, NY 10038
Commission Expires 09/25/2021               Reference No: 8-TCHLO-4300398

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES                          SHAWN D. FORBES DCA LIC # 1002608
Notary Public, State of New York            PM Legal, LLC
No. 01AD6365042                             75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY                NEW YORK, NY 10038
Commission Expires 09/25/2021               Reference No: 8-TCHLO-4300398

**2a**



Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**     Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                              PLAINTIFF

                    - vs -

1567 56 NY LLC, ETAL

                                           DEFENDANT

index No. **503948/2021**
Date Filed
Office No. **10377.0078501**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #1 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **HAT**
AGE: **30-40** HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300398

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being **upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300398

**2a**



P4300406

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

index No. **503948/2021**
Date Filed
Office No. **10377.0078501**
Court Date.

                          - vs -

PLAINTIFF

1567 56 NY LLC, ETAL

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:17AM** at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** Upon _____ **S/H/A JANE DOE #2 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE**HAIR: **HAT**
AGE: **30-40** HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

    Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300406

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being **upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s)**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

    Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300406

**2a**



P4300406

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**    Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

index No. **503948/2021**
                                        PLAINTIFF    Date Filed
                                                     Office No. **10377.0078501**
                    - vs -                            Court Date.
1567 56 NY LLC, ETAL

                                        DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JANE DOE #2 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE**HAIR: **HAT**
AGE: **30-40**  HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

  Sworn to before me this
03RD day of MARCH, 2021

                                    ASSMET ABDERRAHMAN #1115274
                                    PM Legal, LLC
SELENA INES ADAMES                  75 MAIDEN LANE 11TH FLOOR
Notary Public, State of New York    NEW YORK, NY 10038
No. 01AD6365042                     Reference No: 8-TCHLO-4300406
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

  Sworn to before me this
03RD day of MARCH, 2021

                                    SHAWN D. FORBES DCA LIC # 1002608
                                    PM Legal, LLC
SELENA INES ADAMES                  75 MAIDEN LANE 11TH FLOOR
Notary Public, State of New York    NEW YORK, NY 10038
No. 01AD6365042                     Reference No: 8-TCHLO-4300406
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

**2a**



P4300273

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**    Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

PLAINTIFF

— vs —

1567 56 NY LLC, ETAL

DEFENDANT

index No. **503948/2021**
Date Filed
Office No. **10377.0078501**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #2 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **HAT**
AGE: **30-40** HEIGHT: 5'3 WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300273

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300273

**2a**



P4300273

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**    Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

                                                    PLAINTIFF

                            – vs –

1567 56 NY LLC, ETAL

                                                    DEFENDANT

index No. **503948/2021**
Date Filed
Office No. **10377.0078501**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:17AM at 1569 56TH STREETAPT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #2 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE**HAIR: **HAT**
AGE: **30-40** HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300273

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

  Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300273

**2a**

FILED: KINGS COUNTY CLERK 06/09/2021 10:19 AM

INDEX NO. 503948/2021

NYSCEF DOC. NO. 6

Case 1:23-cv-08887-DEH Document 6-24 Filed 10/26/23 Page 13 of 16

RECEIVED NYSCEF: 06/09/2021



P4300331

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

– vs –

1567 56 NY LLC, ETAL

PLAINTIFF

DEFENDANT

index No. **503948/2021**
Date Filed
Office No. **10377.0078501**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**          :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #4 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
AGE: **45-55**   HEIGHT: 5'10 WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300331

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300331

**2a**



P4300331

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

index No. **503948/2021**
Date Filed

PLAINTIFF

Office No. **10377.0078501**
Court Date.

- vs -

1567 56 NY LLC, ETAL

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at 9:24AM at 1569 56TH STREETAPT. 2 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT** Upon _____ **S/H/A JOHN DOE #4 the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **ABE (DOE) (REFUSED FULL NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE**HAIR: **BROWN**
AGE: **45-55**   HEIGHT: 5'10WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300331

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being **upon information and belief, the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300331

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

2a



P4300315

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**    Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.

index No. **503948/2021**
Date Filed

                                                    PLAINTIFF

Office No. **10377.0078501**

                          - vs -

Court Date.

1567 56 NY LLC, ETAL

                                                    DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:17AM at 1569 56TH STREET APT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #3 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **HAT**
AGE: **30-40**  HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ASSMET ABDERRAHMAN #1115274
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300315

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

SHAWN D. FORBES DCA LIC # 1002608
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-TCHLO-4300315

**2a**



P4300315

Form 62 - AFFIDAVIT OF SERVICE

**THE CHARTWELL LAW OFFICES, LLP**   Lauren R. Hall
SUPREME COURT KINGS COUNTY STATE OF NEW YORK

PS FUNDING, INC.                                            index No. **503948/2021**

                                              PLAINTIFF     Date Filed
                                                           Office No. **10377.0078501**
                              - vs -                        Court Date.

1567 56 NY LLC, ETAL

                                              DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**        :SS:

**ASSMET ABDERRAHMAN** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **23rd day of February, 2021 at
9:17AM at 1569 56TH STREET** **APT. 1 BROOKLYN, NY 11219**
I served the **NOTICE OF ELECTRONIC FILING, NOTICE OF PENDENCY, SUMMONS AND VERIFIED COMPLAINT**
Upon _____ **S/H/A JOHN DOE #3 the DEFENDANT** therein named by delivering and
leaving a true copy or copies of the aforementioned documents with **RIVY (DOE) (REFUSED FULL
NAME) CO-TENANT** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **HAT**
AGE: **30-40**  HEIGHT: **5'3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the
military service of the State of New York or United States and received a negative reply. Upon
information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the
military service of the State of New York or the United States as that term is defined in the
statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES                          **ASSMET ABDERRAHMAN #1115274**
Notary Public, State of New York            PM Legal, LLC
No. 01AD6365042                             75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY                NEW YORK, NY 10038
Commission Expires 09/25/2021               Reference No: 8-TCHLO-4300315

STATE OF NEW YORK, COUNTY OF NEW YORK
**SHAWN D. FORBES** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on **01st day of March, 2021**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed
and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS
EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being
**upon information and belief, the usual place of abode, last known residence of the
DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
03RD day of MARCH, 2021

SELENA INES ADAMES                          SHAWN D. FORBES DCA LIC # 1002608
Notary Public, State of New York            PM Legal, LLC
No. 01AD6365042                             75 MAIDEN LANE 11TH FLOOR
Qualified in NEW YORK COUNTY                NEW YORK, NY 10038
Commission Expires 09/25/2021               Reference No: 8-TCHLO-4300315

**2a**