**Exhibit BB**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
PS FUNDING, INC.,

                               Plaintiff,

- against -

1567 56 NY LLC; ARTHUR SPITZER; RIVY "DOE";
ABE "DOE", and SHLOMO BRAUN,

                              Defendants,

-----------------------------------------------------------------------X

Index No. 503948/2021

**NOTICE OF ENTRY**

      **PLEASE TAKE NOTICE** that the within is a true copy of the Order Granting Leave to Amend Complaint which was granted in this action on June 9, 2023, and entered in the Office of the Clerk of the within named court County of Kings on July 14, 2023.

**CHARTWELL LAW**

Dated: July 20, 2023

By: _Matthew Burrows_
Matthew Burrows, Esq.
*Attorneys for Plaintiff*
PS FUNDING, INC.
One Battery Park Plaza, Suite 710
New York, NY 10004-1445
Telephone: (212) 968-2300
Facsimile: (212) 968-2400

TO:
Aaron Maslow, Esq.
Referee
1761 Stuart Street,
Brooklyn, NY 11229

1567 56 NY LLC
54 Stevens Ave.
Jersey City, NJ 07305

1567 56 NY LLC
1567 56th Street,
Brooklyn, NY 11219

ARTHUR SPITZER
123 Ave I
Brooklyn, NY 11230

ARTHUR SPITZER
2370 Forest Circle
Toms River, NJ 08755

RIVY "DOE"
1567 56th Street,
Brooklyn, NY 11219

ABE "DOE"
1567 56th Street
Brooklyn, NY 11219

Levi Huebner & Associates, PC
*Attorney for Defendant Shlomo Braun*
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225

2

At an IAS Part ComM-6 of the Supreme Court of the State of New York held in and for the County of Kings at the Courthouse thereof, 360 Adams Street, Brooklyn, New York, on the 9 day of June, 2023

PRESENT:

HONORABLE _____Knipel_____

Justice

---

PS FUNDING, INC.

                                   Plaintiff,

against

1567 56 NY LLC; ARTHUR SPITZER; RIVY "DOE"; ABE "DOE"

Defendant(s).

Index No. 503948/2021

ORDER 503623/2021

Upon reading and filing the affirmation of Matthew Burrows, dated September 23, 2022, the exhibits annexed thereto and upon all papers and proceedings had herein and the Notice of Motion dated September 23, 2022, and the matter having regularly come on to be heard by the Court and there being no opposition thereto and after due deliberation thereof, it is now,

Upon the opposition & reply submitted herewith

ORDERED, that the caption of this action is amended to be in the form annexed hereto as "Exhibit A" and that all further papers filed in this action bear such caption; and it is further

ORDERED, that plaintiff have leave to serve a supplemental summons and amended complaint upon Shlomo Braun; and it is further

ORDERED, that upon service of the Supplemental Summons and Amended Complaint upon Shlomo Braun said defendant shall have the time prescribed by the CPLR to serve an answer or otherwise move so as to challenge the supplemental summons and amended complaint or any other order entered in this action prior to the date of service of the supplemental summons and amended complaint upon Shlomo Braun; and it is further

ORDERED, that should the defendant Shlomo Braun default in answering or in otherwise moving, said defendant shall be bound by all of the terms and conditions set forth in the Summons and Complaint, and Order of Reference, *nunc pro tunc*, as if said defendant were joined as a party to this action at its commencement; and it is further

ORDERED, that the foreclosure sale to be had pursuant to the Judgment of Foreclosure and Sale entered herein shall sever any rights, title and interest of Shlomo Braun, which are subordinate to plaintiff's mortgage.

ENTER:

_____
J.S.C.

HON. LAWRENCE KNIPEL
ADMINISTRATIVE JUDGE

*EXHIBIT A*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

PS FUNDING, INC.

                        Plaintiff,

       against

1567 56 NY LLC; ARTHUR SPITZER; RIVY "DOE"; ABE "DOE"; and SHOLOMO BRAUN,

                        Defendants.

Index No. 503948/2021