**Exhibit GG**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------X
PS FUNDING, INC.,                                              **Index No.** 503948/2021

           Plaintiff,

          Against

1567 56 NY LLC, ARTHUR SPITZER, "RIVY DOE"          Mortgaged Premises:
ABE "DOE", and SHLOMO BRAUN,                        1569 56th St., Brooklyn, NY 11219

           Defendants,

-----------------------------------------------X

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

**PLEASE TAKE NOTICE** that, on June 26, 2023, Peer Street, Inc. ("**Peer Street**") and its affiliated debtors and debtors in possession, including PS Funding, Inc. ("**PSFI**" and, collectively with Peer Street and its debtor affiliates, the "**Debtors**") filed voluntary petitions (the "**Chapter 11 Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). All cases are jointly administered under Case No. 23-10815 (LSS). *As of the date hereof, the Debtors' chapter 11 cases remain pending*.

**PLEASE TAKE NOTICE** that, pursuant to section 541 of the Bankruptcy Code, the commencement of the Debtors' chapter 11 cases created an estate comprising, subject to certain limited exceptions, "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1). The claims asserted by PSFI in the above- captioned matter, and any recovery therefrom, are property of the Debtors' estates. *See In re Wilton Armetale, Inc.*, 968 F.3d 273, 280 (3d Cir. 2020) ("A cause of action [becomes] property of the estate if the claim existed at the commencement of the [bankruptcy] filing and the debtor

30679464.1

could have asserted the claim on his own behalf under state law.") (citation and internal quotation marks omitted).

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362 of the Bankruptcy Code, each Chapter 11 Petition "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate" (the "**Automatic Stay**"). 11 U.S.C. §§ 362(a)(1),(3).

PLEASE TAKE FURTHER NOTICE that any action taken in the above-captioned matter implicates property of the Debtors' estates and the matter is therefore stayed in its entirety. Any actions taken in the above-captioned matter, including any counterclaims that may be asserted by the Defendants against PSFI, without first obtaining relief from the Bankruptcy Court from the Automatic Stay may be void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines by the Bankruptcy Court against such party. The Debtors reserve and retain all rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

[*Signature page follows*]

30679464.1

2

August 21, 2023

          **CHARTWELL LAW**

By: *Matthew Burrows*
Matthew Burrows, Esq.
*Attorneys for Plaintiff*
*PS FUNDING, INC.*
One Battery Park Plaza, Suite 701
New York, NY 10004-1445
Telephone: (212) 968-2300
Facsimile: (212) 968-2400

30679464.1