UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHLOMO BRAUN,

                              *Plaintiff,*

v.

THE CHARTWELL LAW OFFICES, LLP,

                              *Defendant.*

Index: 1:23-cv-08887 (DEH-OTW)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE Plaintiff, Shlomo Braun, by his counsel Levi Huebner & Associates PC, moves this Court, before the Honorable Dale E Ho, at Courthouse located at 500 Pearl Street, New York, NY for an order remanding this case to the Supreme Court of New York, for the County of New York, to the index number 158686/2023.

    Dated: Brooklyn, New York
            November 1, 2023

                                            Levi Huebner & Associates, PC

                                            /s/ Levi Huebner
                                            Levi Huebner, Esq.

                                            488 Empire Blvd Suite 100
                                            Brooklyn, NY 11225
                                            Tel: (212) 354-5555

                                            *Attorneys for Plaintiff*