UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHLOMO BRAUN,

                *Plaintiff,*    Index: 1:23-cv-08887 (DEH-OTW)

v.    **NOTICE OF APPEARANCE**

THE CHARTWELL LAW OFFICES, LLP,

                *Defendant.*

**PLEASE TAKE NOTICE** that Levi Huebner & Associates, PC hereby appears as attorneys for Shlomo Braun.

Dated: November 1, 2023
      Brooklyn, NY

                Levi Huebner & Associates, PC

                / s / Levi Huebner

                By:    Levi Huebner

                488 Empire Boulevard, Suite 100
                Brooklyn, NY 11225
                (212) 354-5555

                Newyorklawyer@msn.com

                *Attorneys for Shlomo Braun*

Via NYSCEF TO: All counsel of record.