# Levi Huebner & Associates, PC

**Attorneys and Counselors at Law**
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel: (212) 354-5555
Fax: (718) 636-4444
email: newyorklawyer@msn.com

November 6, 2023

Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Shlomo Braun v. Chartwell, 1:23-cv-08887-DEH-OTW**

Honorable Judge Ho:

We represent the Plaintiff, Rabbi Shlomo Braun.

Plaintiff agrees with the part of Defendant's letter motion [ECF 16] (the "Letter Motion") requesting "we agree the Plaintiff's remand motion should be decided first."

However, Plaintiff respectfully requests that Your Honor deny the part of Defendant's Letter Motion requesting that "the Court schedule both motions to be heard together thus providing the Court the opportunity to decide the motions in one proceeding."

On November 3, 2023, the undersigned met and conferred by phone with counsel for the Defendant who ultimately agreed that the Defendant's SMJ Motion should be held in abeyance until the Court decided the Plaintiff's Remand Motion.

Attached hereto as **Exhibit A** is an email from Mathew Burows, counsel for Defendant, dated November 3, 2023, consenting to the Plaintiff's request, and confirming "I have no objection to your remand motion proceeding first."

In addition to jurisdictional issues, the foregoing meet and confer and the email from defense counsel, was the basis for the Plaintiff's Letter Motion on consent [ECF 15] that "the Defendants SMJ Motion be held in abeyance pending the Court's decision of the Plaintiff's Remand Motion, and for a conference to set a briefing schedule[1]."

Respectfully submitted,

/ s / Levi Huebner

_____
By: Levi Huebner

---

[1] Attached as **Exhibit B** is a true copy of an email chain between counsel for the parties, wherein due to service and motion sequence issues, the Defendant also understood that the Court would be scheduling a briefing schedule.