**newyorklawyer@msn.com**

| | |
|---|---|
| **From:** | Matthew Burrows <mburrows@chartwelllaw.com> |
| **Sent:** | Friday, November 3, 2023 3:12 PM |
| **To:** | newyorklawyer@msn.com |
| **Cc:** | John J. Winter |
| **Subject:** | Braun V. Chartwell |

Good Afternoon Levi,

Upon further review, I have no objection to your remand motion proceeding first.

Thank you.

**Matthew Burrows, Esquire**

**Chartwell Law**
One Battery Park Plaza, Suite 710
New York, NY 10004
Direct (917) 764-4753
Main (212) 968-2300
Fax (212) 968-2400
mburrows@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.