**newyorklawyer@msn.com**

| | |
|---|---|
| **From:** | Levi Huebner Esq |
| **Sent:** | Monday, November 6, 2023 10:57 AM |
| **To:** | Matthew Burrows |
| **Cc:** | John J. Winter; Brian McManus |
| **Subject:** | SHLOMO BRAUN v. THE CHARTWELL LAW OFFICES, LLP - 1:23-cv-08887 - DEH-OTW |

Dear Mr. Burrows:

Please be reminded that the Defendant's motion [ECF 5-39] was rejected by the Court on October 26, 2023 (the "Rejected Motion"). This day my office received a Fedex with a partial set of Defendant's Rejected Motion papers which only contained [ECF 5 – 5-32]. Please be advised that Rejected Motion papers [ECF 5 – 5-32] did not contain [ECF 5-33, 5-34, 5-35, 5-36, 5-37, 5-38, and 5-39].

Notably, to date, the Defendant has failed to serve Defendant's motion papers [ECF 6 – 9] upon the undersigned.

Thank you for your consideration in this matter. Please feel free to contact the undersigned with any questions.

Very truly yours,
Levi Huebner

Levi Huebner & Associates, PC
*Attorneys and Counselors at Law*

488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel:  (212) 354-5555
Fax: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from Levi Huebner & Associates, PC  which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.

**From:** Matthew Burrows <mburrows@chartwelllaw.com>
**Sent:** Wednesday, October 25, 2023 9:11 AM
**To:** Levi Huebner Esq <newyorklawyer@msn.com>

**Cc:** John J. Winter <jwinter@chartwelllaw.com>; Brian McManus <bmcmanus@chartwelllaw.com>
**Subject:** RE: [EXTERNAL] SHLOMO BRAUN v. THE CHARTWELL LAW OFFICES, LLP - 1:23-cv-08887 - DEH-OTW

Good Morning Levi,

We mailed a copy of the motion to your office, it should have been there by now. It is also on PACER. To our knowledge the Court has not yet set a date for the motion as of yet, however, as a courtesy I will consent to a two week adjournment, provided you return the courtesy should I need it.

Thank you.

**Matthew Burrows, Esquire**

**Chartwell Law**
One Battery Park Plaza, Suite 710
New York, NY 10004
Direct (917) 764-4753
Main (212) 968-2300
Fax (212) 968-2400
mburrows@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



[Click here](#) to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

> **From:** Levi Huebner Esq <newyorklawyer@msn.com>
> **Sent:** Wednesday, October 25, 2023 8:36 AM
> **To:** Matthew Burrows <mburrows@chartwelllaw.com>
> **Subject:** [EXTERNAL] SHLOMO BRAUN v. THE CHARTWELL LAW OFFICES, LLP - 1:23-cv-08887 - DEH-OTW
>
> **CAUTION**: [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].
>
> Dear Matt:
>
> Regarding the above referenced matter, it has come to my attention that on October 20, 2023, the Defendant filed a preanswer motion to dismiss. However, same was never received by our firm.
>
> Would Defendant consent to a two-week adjournment for Plaintiff to respond to the motion?

Thank you for your consideration in this matter. Please feel free to contact the undersigned with any questions.

Very truly yours,
Levi Huebner

Levi Huebner & Associates, PC
*Attorneys and Counselors at Law*

488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel:  (212) 354-5555
Fax: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from Levi Huebner & Associates, PC  which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.