UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHLOMO BRAUN, <br><br> Plaintiff(s), <br><br> v. <br><br> THE CHARTWELL LAW OFFICES, LLP, <br><br> Defendant(s). | 23-CV-8887 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

The parties met before the Court today to discuss all pending motions. As discussed on the record, it is hereby ORDERED as follows:

**Pending Letter Motions**. Plaintiff's letter-motion, *see* ECF No. 15, to hold in abeyance Defendant's Motion to Dismiss, ECF No. 5, pending resolution of the Motion to Remand, *see* ECF No. 13, is DENIED. Defendant's letter-motion to order Plaintiff to answer the Motion to Dismiss, *see* ECF No. 16, is GRANTED.

**Motion to Dismiss**. Plaintiff is directed to file its Opposition to the Motion to Dismiss by December 22, 2023. Defendant shall file its Reply by January 12, 2024.

**Motion for Summary Judgment**. The Court finds that, Defendant's alternative request for Summary Judgment, ECF No. 5, is premature. Accordingly, it shall be DENIED without prejudice to renewal, and Defendant's request to hold in abeyance Plaintiff's Motion for Summary Judgment, ECF No. 15, is moot. The parties are advised that the Court will consider Defendant's briefing at ECF Nos. 5 and 6 only to the extent that said briefing supports Defendant's Motion to Dismiss.

The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 15 and 16.

SO ORDERED.

Dated: December 1, 2023
New York, New York

DALE E. HO
United States District Judge