

**MATTHEW BURROWS, ESQUIRE**
Direct Dial: (917) 764-4753
mburrows@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

December 4, 2023

Judge Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0190
HoNYSDChambers@nysd.uscourts.gov

    Re: **Shlomo Braun v. The Chartwell Law Offices LLP**
       **Our File Nos.:  766.0078501/766.0078502**
       **Case No.: 1:23-cv-08887-DEH**

Dear Hon. Dale E. Ho:

  Our office represents The Chartwell Law Offices LLP (the "Defendant") in the above referenced action (the "FDCPA Complaint").

  Our office submits this letter in response to Plaintiff's application for reconsideration of the Court's December 1, 2023 Order ECF No. 29. Plaintiff's letter motion should be denied and the Court's Order should remain in place as Plaintiff submits no new arguments, cites no new facts and offers a repetition of the arguments that have been considered in prior letter motions and during the November 30, 2023 pre-trial conference. It is respectfully requested that Plaintiff's letter motion be denied and the December 1, 2023, remain in place.

        Very truly yours,

        **CHARTWELL LAW**

       By: *Matthew Burrows*
        Matthew Burrows

Page 2
**Hon. Dale E. Ho**
**December 4, 2023**

/mb

CC: VIA ECF
Levi Huebner
Counsel for Proposed Defendant Shlomo Braun
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Fax: (718)636-4444
newyorklawyer@msn.com