UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHLOMO BRAUN,<br><br>      Plaintiff,<br><br>   v.<br><br>THE CHARTWELL LAW OFFICES, LLP,<br><br>      Defendant. | 23-CV-8887 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On October 20, 2023, Defendant filed a motion to dismiss or, in the alternative, a motion for summary judgment. ECF No. 5. On November 3, 2023, Plaintiff filed a motion to remand this case to state court. ECF No. 13. On December 1, 2023, the Court granted the parties' proposed scheduling order. *See* ECF No. 27. The order held that the parties were required to submit a status letter by April 11, 2024, in advance of the post-discovery conference scheduled to take place on April 18, 2024, at 10:30 a.m. (E.T.). *See id*. Given the two pending motions, it is hereby ordered that the post-discovery conference shall be **ADJOURNED** *sine die*, pending resolution of the motion to remand and the motion to dismiss.

  SO ORDERED.

Dated: April 15, 2024
   New York, New York

                            /s/ Dale E. Ho
                            DALE E. HO
                        United States District Judge